# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JIMMIE DARNELL DIXON

CIVIL ACTION

VERSUS

NO. 15-45-SDD-RLB

N. BURL CAIN, ET AL.

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 13, 2017.  Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Petitioner's application for *habeas corpus* relief shall be denied with prejudice, as untimely. Further, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Signed in Baton Rouge, Louisiana on March 3, 2017.

*Shelly D. Dick*

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 18.
[3] Rec. Doc. 19.