UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JIMMIE DARNELL DIXON

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

15-45-SDD-RLB

## RULING

The Court has carefully considered the *Application for Writ of Habeas Corpus*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 21, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Petitioner's application is DENIED with prejudice as untimely and, in the event the Petitioner seeks to pursue an appeal, a certificate of appealability is also DENIED.

Baton Rouge, Louisiana the 3 day of January, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 28.
[3] Rec. Doc. 29.